# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK R. GRAY, III, )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>H. A. RIOS, et al., )<br>)<br>  Defendants. )<br>_____) | NO. 1:10 cv 00207 LJO GSA PC<br><br>AMENDED ORDER<br><br>RE: FINDINGS & RECOMMENDATIONS<br><br>Document # *11* |

Plaintiff is a former federal prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 28, 2011, findings and recommendations were entered, recommending dismissal of this action for failure to state a claim upon which relief can be granted. Plaintiff was provided an opportunity to file objections within thirty days. No objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on September 28, 2011, are adopted in full; and

2. This action is dismissed for failure to state a claim upon which relief can be granted. The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated:   October 31, 2011            /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE